UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YISHAI RENA QOYE,<br><br>       Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL,<br><br>       Defendant. | Case No. 19-cv-07707-VKD<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. No. 13 |

On May 6, 2020, pro se plaintiff Yishai Qoye filed a motion for default judgment, asserting that the Commissioner of Social Security had failed to respond to her complaint within 60 days after service of process on February 13, 2020. Dkt. Nos. 13, 13-1. However, pursuant to the Social Security procedural order issued in this action on November 22, 2019, the Commissioner's deadline to respond to Ms. Qoye's complaint is 90 days after service of process: May 13, 2020. Dkt. No. 3. Accordingly, Ms. Qoye's premature motion for default judgment is denied without prejudice at this time. The hearing noticed for May 26, 2020 is hereby VACATED.

**IT IS SO ORDERED.**

Dated: May 6, 2020

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge