UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YISHAI RENA QOYE,<br>　　　　　Plaintiff,<br>　v.<br>ANDREW M. SAUL,<br>　　　　　Defendant. | Case No.  19-cv-07707-VKD<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL AS MOOT**<br>Re: Dkt. No. 21 |

　　　　Pursuant to the parties' stipulation, on January 6, 2021, the Court remanded this case for further proceedings under sentence six of 42 U.S.C. 405(g). Dkt. 16 and 17. On April 4, 2022, plaintiff Yishai Qoye filed a motion asking the Court to order the Social Security Administration to designate Mr. Qoye's case as a critical case in its internal tracking system, and to forward his case to the Appeals Council for immediate evaluation. Dkt. No. 21.

　　　　On April 18, 2022, the Commissioner responded to Mr. Qoye's motion. Dkt. No. 23. The Commissioner represents that Mr. Qoye's case has been flagged as critical and subject to expedited processing. Dkt. No. 23 at 2; Dkt. No. 23-1 at 3. The Commissioner also represents that Mr. Qoye's case was forwarded to the Appeals Council, which on April 8, 2022 granted Mr. Qoye's request for review, vacated the administrative law judge's decision, and remanded Mr. Qoye's claim for a new hearing before an administrative law judge. Dkt. No. 23-1 at 8–9. Further, the Commissioner represents that on April 11, 2022, the San Jose Hearing Officer sent a letter requesting information from Mr. Qoye regarding how he wishes to appear at the hearing. Dkt. No. 23-1 at 4.

　　　　On April 29, 2022, Mr. Qoye replied. Dkt. No. 24. He does not dispute the

1  Commissioner's representations, although he contends that the agency should not have taken so
2  long to act. *Id.*
3      Because it appears from the record that the agency has already performed the two actions
4  Mr. Qoye asked the Court to order to perform, Mr. Qoye's motion to compel is now moot. The
5  Court denies the motion for this reason, and vacates the hearing set for May 10, 2022.
6      **IT IS SO ORDERED.**
7  Dated: May 3, 2022

VIRGINIA K. DEMARCHI
United States Magistrate Judge